THE STATE ex rel. HOGAN v. POLICE COMMIS-
    SIONERS OF KANSAS CITY, Appellants;
    THE STATE ex rel. KNIGHT v. POLICE
    COMMISSIONERS OF KANSAS CITY, Appel-
    lants; THE STATE ex rel. WACHS v. POLICE
    COMMISSIONERS OF KANSAS CITY, Appel-
    lants; THE STATE ex rel. SMITH v. POLICE
    COMMISSIONERS OF KANSAS CITY, Appel-
    lants.

**In Banc, December 24, 1902.**

For the reasons set forth in State ex rel. Goodnow v. Police Com-
    missioners of Kansas City, reported at page 109 of this
    volume, the judgments of the circuit court in the above causes
    are reversed, and the causes dismissed at relators' costs.

Appeal from Jackson Circuit Court.—*Hon. E. P.
                    Gates, Judge.*

REVERSED.

MARSHALL, J.—These cases are in all essential
respects similar to the case of State ex rel. Goodnow v.
Police Commissioners of Kansas City (just decided),
184 Mo. 109; and the reasons given and the conclusion
reached in that case apply equally to these cases. The
judgment of the circuit court in these cases is there-
fore reversed, and the causes dismissed at relators'
costs. All concur, except *Valliant, J.,* who dissents.